DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SARAH KYNAY MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2025-3320

_____

April 24, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.